DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAY BERRY** and **COURTNEY BERRY,**
Appellants,

v.

**MOORE ATHLETICS, LLC,** a Florida Limited Liability Company,
**CHAD A. MOORE** and **AMERICAN LEARNING SYSTEMS, INC.** d/b/a
**AMERICAN HERITAGE SCHOOL,** a Florida for-profit corporation**,**
Appellees.

No. 4D22-2133

[August 24, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE21-746.

Nancy W. Gregoire Stamper of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, for appellants.

Jenna L. Wulf and Edward J. Jennings of Edward J. Jennings, P.A., Fort Lauderdale, for appellees Moore Athletics, LLC and Chad A. Moore.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***